**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN LEE NEWBERG,
Petitioner,

vs.

ROBERT LEGRAND, WARDEN,
Respondent.

No. 67134

**FILED**

FEB 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



### *ORDER DENYING PETITION*

This is a petition for extraordinary relief. Petitioner seeks an order reversing the district court's decision on several motions filed in the district court. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330; NRS 34.020. Petitioner should follow the procedures set forth in NRS 7.055 to obtain documents from his attorney. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04581

cc:    Steven Lee Newberg
       Attorney General/Carson City
       Eighth District Court Clerk